FILED

10/28/2024

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: PR 24-0638

Pamela D. Bucy
Chief Disciplinary Counsel
P.O. Box 1099
Helena, Montana 59624
Tel: (406) 442-1648
pbucy@montanaodc.org

Office of Disciplinary Counsel

BEFORE THE COMMISSION ON PRACTICE OF THE

SUPREME COURT OF THE STATE OF MONTANA

* * * * * * * * * * * * *

| | |
|---|---|
| IN THE MATTER OF JENIFER R. REECE, <br><br> A Suspended Attorney, <br><br> Respondent. | Supreme Court Cause No. <br><br> ODC File No. 24-178 <br><br> **COMPLAINT** <br><br> **Rule 8.1, MRPC** |

By leave of the Commission on Practice granted on October 8, 2024, the

Office of Disciplinary Counsel for the State of Montana ("ODC"), hereby charges

Jenifer R. Reece with professional misconduct as follows:

**General Allegations**

1. Jenifer R. Reece, hereinafter referred to as Respondent, was admitted to

the practice of law in the State of Montana in 2005, at which time she took the oath

required for admission, wherein Respondent agreed to abide by the Rules of

Professional Conduct, the Disciplinary Rules adopted by the Supreme Court, and the

*Complaint* - Page 1

highest standards of honesty, justice and morality, including but not limited to, those outlined in parts 3 and 4 of Chapter 61, Title 37, Montana Code Annotated.

2. The Montana Supreme Court has approved and adopted the Montana Rules of Professional Conduct ("MRPC"), governing the ethical conduct of attorneys licensed to practice in the State of Montana, which Rules were in effect at all times mentioned in this Complaint.

3. At all times relevant to this Complaint, Respondent was not an active attorney with the State Bar of Montana ("Bar"). The Bar transferred Respondent's law license to inactive status on January 13, 2020, for non-compliance with Continuing Legal Education credit requirements. The Bar then suspended Respondent's law license on June 24, 2022, for non-payment of inactive membership dues.

## Count One

4. ODC realleges and incorporates paragraphs 1 through 3 of the General Allegations as if fully restated in this Count One.

5. In February 2024, ODC received a Report pursuant to Rule 8.3, Montana Rules for Lawyer Disciplinary Enforcement ("MRLDE"), that alleged Respondent had been working with their law firm for nearly two (2) years. The firm had learned that Respondent's law license had been administratively suspended and contacted her to discuss the situation. Respondent agreed to withdraw from the representation,

*Complaint* - Page 2

notify clients, and inform the firm when those things were completed. The firm did not hear from Respondent again. Further, when the firm contacted the affected clients, they discovered that Respondent had not contacted them or informed them of the situation.

6. By letter dated March 7, 2024, and addressed to Respondent at the address on file with the State Bar of Montana, ODC requested Respondent's response to the Report. ODC received no response. On August 12, 2024, ODC sent Respondent another request for response by both regular and certified mail. This letter required Respondent to respond within ten (10) days, or on or before, August 22, 2024. On August 22, 2024, the certified letter was returned unclaimed. Neither of the regular mail letters were returned to ODC.

7. ODC received a Grievance from Respondent's former client E.S. which indicates she retained Respondent in January 2024 for an international adoption. After Respondent drafted the documents, E.S. did not hear from her. Respondent last communicated with E.S. in the beginning of April 2024, and E.S. did not know whether her adoption paperwork and cases were actually filed.

8. By letter dated July 26, 2024, ODC requested Respondent's response to E.S.'s Grievance. ODC received no response, and the letter was returned to ODC and marked "Vacant. Unable to Forward."

//

*Complaint* - Page 3

9. On August 26, 2024, Chief Disciplinary Counsel emailed Respondent at the email address on file with the State Bar of Montana, again requesting she provide a response to both Grievances against her. No response was received.

10. To date, Respondent has failed to respond to either Grievance or have any communication with ODC.

11. Respondent's conduct outlined above constitutes a violation of Rule 8.1, MRPC.

12. Rule 8A(6) of the Montana Rules for Lawyer Disciplinary Enforcement provides additional grounds for discipline for Respondent's failure to promptly and fully respond to an inquiry to ODC.

WHEREFORE, the Office of Disciplinary Counsel prays:

1. That a Citation be issued to the Respondent, to which shall be attached a copy of the complaint, requiring Respondent, within twenty-one (21) days after service thereof, to file a written answer to the complaint;

2. That a formal hearing be had on the allegations of this complaint before an Adjudicatory Panel of the Commission;

3. That the Adjudicatory Panel of the Commission make a report of its findings and recommendations after a formal hearing to the Montana Supreme Court, and, in the event the Adjudicatory Panel finds the facts warrant disciplinary action and recommends discipline, that the Commission also recommend the nature

*Complaint* - Page 4

and extent of appropriate disciplinary action, including an award of costs and expenses incurred in investigating and prosecuting this matter; and,

4. For such other and further relief as deemed necessary and proper.

DATED this 28 day of October, 2024

OFFICE OF DISCIPLINARY COUNSEL

By: _____

Pamela D. Bucy
Chief Disciplinary Counsel

*Complaint* - Page 5

# CERTIFICATE OF SERVICE

I, Pamela D. Bucy, hereby certify that I have served true and accurate copies of the foregoing Complaint - Formal Complaint and Citation to Appear to the following on 10-28-2024:

Commission on Practice (Other)
301 S. Park Ave. Suite 328
P.O. Box 203005
Helena MT 59601
Representing: Self-Represented
Service Method: E-mail Delivery

Shelly Smith (Court Reporter)
Office Administrator
Supreme Court Boards and Commissions
P.O. Box 203002
301 S. Park Ave., Ste. 328
Helena MT 59624
Service Method: eService
E-mail Address: shellysmith@mt.gov

Electronically signed by Shelby Streib on behalf of Pamela D. Bucy
Dated: 10-28-2024